(No. 74-CC-350—Claimant )

BETHESDA GENERAL HOSPITAL, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES,
Respondent.

*Opinion filed June 5, 1974.*

BETHESDA GENERAL HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-
MAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-506—Claimant )

MOBIL OIL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed June 5, 1974.*

GIFFIN, WINNING, LINDNER, NEWKIRK, COHEN, BODEWES &
NARMONT, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-
MAN, Assistant Attorney General, for Respondent.

PER CURIAM.